No. 1054, Misc. FONSECA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 1060, Misc. BOSTICK *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1070, Misc. WALKER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1079, Misc. SMITH *v.* MARESCA, UNITED STATES MARSHAL, ET AL. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* and *Rudolph Lion Zalowitz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for respondents.

No. 571, Misc. FITZPATRICK *v.* PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Duke W. Dunbar,* Attorney General of Colorado, and *James F. Pamp,* Assistant Attorney General, for respondent.

No. 781, Misc. NELLOMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Howard Moore, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 829, Misc. SHEPTIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *P. D. Thomson* for petitioner. *Ellen J. Morphonios* for respondent.